# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANTHONY GERHARDT, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:15-cv-05956 ) |
| ARGOSY EDUCATION GROUP, INC., an Illinois corporation, d/b/a ARGOSY UNIVERSITY | ) [Hon. Charles P. Kocoras] ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and Plaintiff Anthony Gerhardt ("Plaintiff") and Defendant Argosy Education Group, Inc., that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action shall be, and is, dismissed *with prejudice* as to all claims asserted by Plaintiff and *without prejudice* as to all claims asserted by the putative class.

Respectfully submitted,

**Plaintiff Anthony Gerhardt**,

Date: September 24, 2015    By: /s/ Ari J. Scharg

Ari J. Scharg
ascharg@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: 312.589.6370

*Counsel for Plaintiff*

**Defendant Argosy Education Group, Inc**.

By: /s/ Timothy R. Carraher

Timothy R. Carraher (6299248)

REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
(312) 207-1000
tcarraher@reedsmith.com

Casey D. Laffey (pro hac vice)
REED SMITH LLP 599
Lexington Ave #26,
New York, NY 10022
(212) 521-5400
claffey@reedsmith.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      I, Ari J. Scharg, an attorney, hereby certify that on September 24, 2015, I served the above and foregoing ***Stipulation of Dismissal***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                /s/ Ari J. Scharg